### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1880    Assigned/Issued By: J. N.

Judge Name: MANNING    Designated Magistrate Judge: ASHMAN

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other ____
              [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2660689

Date Payment Rec'd: 4-1-08    Fiscal Clerk: J. N.

---

**ISSUANCES**

[✓] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                     *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
                                     [ ] Other
[ ] Writ _____
    *(Type of Writ)*                 *(Type of issuance)*

3 Original and 0 copies on 4-2-08 as to ALL DEFENDANTS
                    *(Date)*