**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Herbert Steele, et al.
                          Plaintiff,

v.                                                 Case No.: 1:08−cv−01880
                                                     Honorable Blanche M. Manning

GE Money Bank, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendant's agreed motion for leave to extend time to 7/11/2008 to answer or otherwise plead [23] is granted. Defendant's agreed motion for leave to file a brief in excess of 15 pages [23] is denied without prejudice as WMC has not provided sufficient justification (or, indeed, an explanation) for its request to file a brief of more than double the number of pages allowed by the Local Rules.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.