**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Herbert Steele, et al.
                      Plaintiff,

v.                                     Case No.: 1:08–cv–01880
                                            Honorable Blanche M. Manning

GE Money Bank, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: The minute entry dated 6/30/2008 requesting extension of time, specifically, "Defendant's agreed motion for leave to extend time to 7/11/2008 to answer or otherwise plead [23] is granted." shall also include defendant GE Money Bank. Status hearing set for 7/8/2008 is reset to 7/17/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.