**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Herbert Steele, et al.
                Plaintiff,

v.                                                Case No.: 1:08–cv–01880
                                                             Honorable Blanche M. Manning

GE Money Bank, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: The court appreciates the detailed explanation supporting the defendants' request to file an oversized brief. The number of pages sought appears to be very generous. Nevertheless, the motion to file an oversized brief of 35 pages [29] is granted with the understanding that counsel should strive to be as concise as possible. Consolidated motion and memorandum in support to be filed by 7/11/2008. Consolidated response to be filed by 8/8/2008. Consolidated reply to be filed by 8/22/2008. Status hearing set to 7/17/2008 is hereby stricken. New dates, as necessary, will be set in the ruling on the motion to dismiss.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.