IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ AND SONIA TORRES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-cv-01880<br>)<br>) Judge Blanche M. Manning<br>)<br>) Magistrate Judge Martin C. Ashman<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 17, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Blanche M. Manning or any judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present GE Money Bank's Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6), or, in the Alternative, to Strike Certain Allegations Pursuant to Rule 12(f), and Memorandum in Support thereof, copies of which are served upon you herewith.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GE MONEY BANK


　　　　　　　　　　　　　　　　By:　s/ Kristen Werries Collier
　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Eric N. Macey
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
(312) 419-6900

Richard A. Rothman
John P. Mastando (pro hac vice application pending)
Walter E. Zalenski (pro hac vice application pending)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Doc# 231852

## CERTIFICATE OF SERVICE

Kristen Werries Collier, an attorney, hereby certifies that, on July 11, 2008, she caused a true and correct copy of the foregoing Notice of Motion to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                              s/ Kristen Werries Collier