# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ AND SONIA TORRES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No. 1:08-cv-1880 |
| Plaintiffs, | ) ) | Judge Blanche M. Manning |
| vs. | ) ) | Magistrate Judge Martin C. Ashman |
| GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

　　　PLEASE TAKE NOTICE that on July 17, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning or any judge sitting in her place and stead, in the courtroom usually occupied by her in Room 2125 of the Dirksen Federal Building, 219 South Dearborn, Chicago, IL and shall then and there present the attached **Defendant WMC Mortgage's Motion to Dismiss for Failure to State a Claim, or in the Alternative to Join Necessary Parties and to Strike Certain Allegations in the Amended Complaint**, a copy of which is served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　WMC MORTGAGE LLC


　　　　　　　　　　　　　　　　　　　By: s/ James L. Thompson
　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

James L. Thompson - 6199621
Justin C. Steffen
JENNER & BLOCK LLP
330 North Wabash
Chicago, IL  60611
312-222-9350

Denise Lynne Plunkett
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714
212 277 6500