## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Herbert Steele, et al.
                     Plaintiff,

v.                                       Case No.: 1:08–cv–01880
                                         Honorable Blanche M. Manning

GE Money Bank, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

       MINUTE entry before the Honorable Blanche M. Manning:Applications to appear pro hac vice on behalf of Eric Neal Macey[26] and Kristen Werries Collier [27] are granted. On defendants GE Money Bank and WMC Mortgage's motions to dismiss[32][35], the plaintiffs must file a consolidated response by 8/14/2008. Replies to be filed by 8/28/2008. For any common issues, the defendants should file a consolidated reply with separate individual replies if necessary. Ruling by mail.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.