IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ AND SONIA TORRES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC, <br><br> Defendants. | Case No. 08-cv-01880 <br><br> Judge Blanche M. Manning <br><br> Magistrate Judge Martin C. Ashman |

## GE MONEY BANK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for defendant GE Money Bank that the following parent corporation, affiliate, and other required corporate interests are disclosed:

GE Money Bank is a wholly owned subsidiary of GE Consumer Finance, Inc., which is a wholly owned subsidiary of General Electric Capital Corporation, which is a wholly owned subsidiary of General Electric Capital Services, Inc., which is a wholly owned subsidiary of General Electric Company, a publicly held company.

July 18, 2008                                    Respectfully submitted,

                                                 GE MONEY BANK


                                                 By:      s/ Kristen Werries Collier
                                                              One of its Attorneys


Eric N. Macey
Kristen Werries Collier
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Richard A. Rothman
John P. Mastando III (pro hac vice application pending)
Walter E. Zalenski (pro hac vice application pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

## **CERTIFICATE OF SERVICE**

Kristen Werries Collier, an attorney, hereby certifies that, on July 18, 2008, she caused a true and correct copy of the foregoing GE Money Bank's Corporate Disclosure Statement, to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.



                                                   s/ Kristen Werries Collier