UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Herbert Steele, et al.
                    Plaintiff,
v.                                          Case No.: 1:08−cv−01880
                                            Honorable Blanche M. Manning
GE Money Bank, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

MINUTE entry before the Honorable Blanche M. Manning: Minute entry of 7/16/2008 (38) is amended in part as follows: Applications to appear pro hac vice on behalf of Walter E. Zalenski [26] and John P. Mastando III [27] are granted. The remainder of the minute entry to stand.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.