# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ AND SONIA TORRES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC<br><br>　　　　　　　　　　　　Defendants. | No. 1:08-cv-1880<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

## WMC MORTGAGE, LLC'S RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Local General Rules, Defendant WMC Mortgage, LLC ("WMC"), formerly known as WMC Mortgage Corp., states as follows:

1. The sole member of WMC is General Electric Capital Corporation.

2. General Electric Capital Corporation is a wholly owned subsidiary of General Electric Capital Services, Inc.

3. General Electric Capital Services, Inc. is a wholly owned subsidiary of General Electric Company.

4. General Electric Company is a publicly traded company.

Respectfully submitted,

WMC Mortgage LLC,

By its attorneys,

Dated: July 22, 2008

s/ James L. Thompson
James L. Thompson - 6199621
Justin C. Steffen
JENNER & BLOCK, LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Denise L. Plunkett
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

## **CERTIFICATE OF SERVICE**

I, Justin C. Steffen, hereby certify that a true and correct copy of the foregoing **WMC Mortgage, LLC's Rule 7.1 and Local Rule 3.2 Disclosure Statement** was served via the CM/ECF system on July 22, 2008 to the following counsel of record:

| | |
|---|---|
| Al Hofeld, Jr.<br>LAW OFFICES OF AL HOFELD, JR., LLC<br>208 S. LaSalle Street, Suite #1650<br>Chicago, IL 60604<br><br>Gary Klein<br>RODDY KLEIN & RYAN<br>727 Atlantic Ave<br>2nd Floor<br>Boston, MA 02111<br><br>Andrew S Friedman<br>Wendy J. Harrison<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2901 North Central Avenue<br>Suite 1000<br>Phoenix, AZ 85012<br><br>Lori Ann Fanning<br>Marvin Alan Miller<br>MILLER LAW LLC<br>115 South LaSalle Street<br>Suite 2910<br>Chicago, IL 60603 | Eric N. Macey<br>Kristen Werries Collier<br>NOVACK & MACEY LLP<br>100 North Riverside Plaza<br>Chicago, Illinois 60606<br>Telephone: (312) 419-6900<br>Facsimile:  (312) 419-6928<br><br>Richard Rothman<br>John Mastando<br>Walter E. Zalenski<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007 |

s/ Justin C. Steffen