# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ AND SONIA TORRES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No. 1:08-cv-1880 |
| Plaintiffs, | ) ) | Judge Blanche M. Manning |
| vs. | ) ) | Magistrate Judge Martin C. Ashman |
| GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 14, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning or any judge sitting in her place and stead, in the courtroom usually occupied by her in Room 2125 of the Dirksen Federal Building, 219 South Dearborn, Chicago, IL and shall then and there present the attached **Defendants' Motion For Leave to File Instanter Defendants' Motion to Stay Discovery and Disclosures Temporarily**, a copy of which is served upon you.

Respectfully submitted,

| **Counsel for WMC** | **Counsel for GEMB** |
|---|---|
| s/ James L. Thompson<br>James L. Thompson - 6199621<br>Justin C. Steffen<br>JENNER & BLOCK, LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>Denise Plunkett<br>DICKSTEIN SHAPIRO LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212-277-6519 \| eFax: 917-591-5254<br>PlunkettD@dicksteinshapiro.com | s/ Eric N. Macey (with consent)<br>Eric N. Macey<br>Kristen Werries Collier<br>NOVACK & MACEY LLP<br>100 North Riverside Plaza<br>Chicago, Illinois 60606<br>Telephone: (312) 419-6900<br>Facsimile: (312) 419-6928<br><br>John Mastando III<br>Walter E. Zalenski<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |