IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ and SONIA TORRES, on behalf of themselves and all others similarly situated, | Case No. 08-cv-01880 |
| Plaintiffs, | Judge Blanche M. Manning |
| v. | Magistrate Judge Martin C. Ashman |
| GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC, | |
| Defendants. | |

AGREED MOTION TO EXTEND BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS

All parties, by their undersigned counsel, hereby respectfully request, pursuant to Fed. R. Civ. P. 6, the Court to enter an order extending the briefing schedule on Defendant WMC Mortgage Corp's Motion to Dismiss for Failure to State a Claim, or in the Alternative to Join Necessary Parties and to Strike Certain Allegations in the Amended Complaint and GE Money Bank's Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6), or, in the Alternative, to Strike Certain Allegations Pursuant to 12(f) (the "Motions").

In support of this motion, the parties state as follows:

1. The Court's docket entry dated July 16, 2008 set a briefing schedule wherein Plaintiff's Consolidated Opposition to the Motions is due on August 14, 2008, and Defendants' replies are due on August 28, 2008.

2. Due to counsel's vacation schedule and scheduled hearings, the parties require additional time to respond and reply to the Motions.

WHEREFORE, the parties jointly and respectfully request that this Court issue an order setting September 2, 2008 as the date for Plaintiffs to file an opposition to the Motions and September 19, 2008 for Defendants' to file a consolidated reply in support of the Motions for any common issues, with separate replies if necessary.

1

Dated: August 12, 2008  Respectfully submitted,

| **PLAINTIFFS** | **WMC MORTGAGE LLC** |
|---|---|
| By their attorneys, | By its attorneys, |
| s/Wendy J. Harrison | s/ James L. Thompson (w/consent) |
| Andrew S. Friedman (admitted *pro hac vice*) | James L. Thompson - 6199621 |
| Wendy J. Harrison (admitted *pro hac vice*) | Justin C. Steffen |
| BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. | JENNER & BLOCK, LLP |
| 2901 North Central Avenue, Suite 1000 | 330 N. Wabash Avenue |
| Phoenix, Arizona 85012 | Chicago, IL 60611 |
| Telephone: (602) 274-1100 | Telephone: (312) 222-9350 |
|  | Facsimile: (312) 527-0484 |
| Al Hofeld, Jr. | Denise L. Plunkett |
| Law Offices of Al Hofeld, Jr., LLC | DICKSTEIN SHAPIRO LLP |
| 208 S. LaSalle Street, Suite #1650 | 1177 Avenue of the Americas |
| Chicago, IL 60604 | New York, NY 10036 |
| Telephone: (312) 345-1004 | Telephone: (212) 277-6500 |
|  | Facsimile: (212) 277-6501 |
| Marvin A. Miller | **GE MONEY BANK** |
| Matthew E. VanTine |  |
| Lori A. Fanning | By its attorneys, |
| MILLER LAW LLC |  |
| 115 South LaSalle Street, Suite 2910 | s/ Eric N. Macey (w/consent) |
| Chicago, IL 60603 | Eric N. Macey |
| Telephone: (312) 332-3400 | Kristen Werries Collier |
|  | NOVACK AND MACEY LLP |
| Gary Klein | 100 North Riverside Plaza |
| Shennan Kavanagh | Chicago, Illinois 60606-1501 |
| Kevin Costello | (312) 419-6900 |
| RODDY KLEIN & RYAN |  |
| 727 Atlantic Avenue | John P. Mastando III |
| Boston, MA 02111 | Walter E. Zalenski |
| Telephone: (617) 357-5500 | Weil, Gotshal & Manges LLP |
|  | 767 Fifth Avenue |
| Mark A. Chavez | New York, NY 10153 |
| Nance F. Becker | Telephone: (212) 310-8000 |
| CHAVEZ & GERTLER, L.L.P. |  |
| 42 Miller Avenue |  |
| Mill Valley, California 94941 |  |
| Telephone: (415) 381-5599 |  |

| | |
|---|---|
| John J. Stoia, Jr.<br>Theodore J. Pintar<br>Leslie E. Hurst<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>655 West Broadway<br>San Diego, CA 92101-3301 | |