IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ and SONIA TORRES, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC,<br><br>     Defendants. | Case No. 08-cv-01880<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 14, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning or any judge sitting in her place and stead, in the courtroom usually occupied by her in Room 2125 of the Dirksen Federal Building, 219 South Dearborn, Chicago, IL and shall then and there present the attached Agreed Motion to Extend Briefing Schedule on Defendants' Motions, a copy of which is served upon you.

Dated: August 12, 2008                                                        Respectfully submitted,

| **PLAINTIFFS**<br><br>By their attorneys,<br><br> s/Wendy J. Harrison<br>Andrew S. Friedman (admitted *pro hac vice*)<br>Wendy J. Harrison (admitted *pro hac vice*)<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2901 North Central Avenue, Suite 1000<br>Phoenix, Arizona 85012<br>Telephone: (602) 274-1100<br>Al Hofeld, Jr. | **WMC MORTGAGE LLC**<br><br>By its attorneys,<br><br> s/ James L. Thompson (w/consent)<br>James L. Thompson - 6199621<br>Justin C. Steffen<br>JENNER & BLOCK, LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484 |

1

| | |
|---|---|
| Law Offices of Al Hofeld, Jr., LLC<br>208 S. LaSalle Street, Suite #1650<br>Chicago, IL 60604<br>Telephone: (312) 345-1004<br><br>Marvin A. Miller<br>Matthew E. VanTine<br>Lori A. Fanning<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Telephone: (312) 332-3400<br><br>Gary Klein<br>Shennan Kavanagh<br>Kevin Costello<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA 02111<br>Telephone: (617) 357-5500<br><br>Mark A. Chavez<br>Nance F. Becker<br>CHAVEZ & GERTLER, L.L.P.<br>42 Miller Avenue<br>Mill Valley, California 94941<br>Telephone: (415) 381-5599<br><br>John J. Stoia, Jr.<br>Theodore J. Pintar<br>Leslie E. Hurst<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 West Broadway<br>San Diego, CA 92101-3301 | Denise L. Plunkett<br>DICKSTEIN SHAPIRO LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 277-6500<br>Facsimile: (212) 277-6501<br><br>**GE MONEY BANK**<br><br>By its attorneys,<br><br>  s/ Eric N. Macey (w/consent)<br>Eric N. Macey<br>Kristen Werries Collier<br>NOVACK AND MACEY LLP<br>100 North Riverside Plaza<br>Chicago, Illinois 60606-1501<br>(312) 419-6900<br><br>John P. Mastando III<br>Walter E. Zalenski<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000 |