UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Herbert Steele, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01880
                                                Honorable Blanche M. Manning

GE Money Bank, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Hearing on motions held on 8/14/2008. The parties agreed motion to extend briefing schedule on defendants' motions [47] is granted. Plaintiffs to file brief in opposition to the motions by 9/2/2008. Defendants' to file a consolidated reply by 9/19/2008. Defendants' Motion for leave to file instanter motion to stay discovery and disclosures temporarily [45] is granted. Defendants' motion to stay discovery is denied as stated in open court. Applications to appear pro hac vice [42], [43], and [52] are granted. A status hearing is set for 10/28/2008 at 11:00 A.M. This case is referred to the Magistrate Judge for discovery supervision, non−dispositive motions and a settlement conference up until the filing of dispositive motions. The parties are directed to submit a proposed agreed discovery schedule to this Court as well as the Magistrate Judge as soon as possible. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.