**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ and SONIA TORRES, on behalf of themselves and all others similarly situated,** | |
| | **Case No. 08-cv-01880** |
| **Plaintiffs,** | **Judge Blanche M. Manning** |
| **v.** | **Magistrate Judge Martin C. Ashman** |
| **GE MONEY BANK, a federal savings bank; WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC,** | |
| **Defendants.** | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 28, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning or any judge sitting in her place and stead, in the courtroom usually occupied by her in Room 2125 of the Dirksen Federal Building, 219 South Dearborn, Chicago, IL and shall then and there present the attached Motion To File A Brief In Excess Of Fifteen Pages a copy of which is served upon you.

Dated:  August 21, 2008

Respectfully submitted,
On behalf of Plaintiffs,

By their attorneys,

  /s Andrew S. Friedman
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone:  (602) 274-1100

1

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
Telephone:  (312) 345-1004

Marvin A. Miller
Matthew E. VanTine
Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:  (312) 332-3400

Gary Klein
Shennan Kavanagh
Kevin Costello
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111
Telephone:  (617) 357-5500

Mark A. Chavez
Nance F. Becker
CHAVEZ & GERTLER, L.L.P.
42 Miller Avenue
Mill Valley, California 94941
Telephone:  (415) 381-5599

John J. Stoia, Jr.
Theodore J. Pintar
Leslie E. Hurst
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway
San Diego, CA 92101-3301