UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ, and SONIA TORRES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GE MONEY BANK, a federal savings bank, WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC,<br><br>Defendants. | No. 1:08-civ-1880<br><br>JUDGE MANNING<br><br>MAGISTRATE JUDGE KIM |

**AGREED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Herbert and Doris Steele, Eric R. Chavez, and Sonia Torres, on behalf of themselves and all others similarly situated ("Plaintiffs"), hereby move for preliminary approval of the settlement of this matter on a classwide basis. WMC Mortgage, LLC ("WMC" or "Defendants") agrees with Plaintiffs' motion and the requested Court rulings, although WMC takes no position as to Plaintiffs' Memorandum of Law. For the reasons stated in Plaintiffs' Memorandum of Law in support of this motion, the Court should take the following actions:

    1.    Preliminarily certify the Settlement Class, consisting of:

        All Black/African-American or Hispanic borrowers (including, without limitation, individual borrowers, joint-borrowers, and co-borrowers) who, between January 1, 2004 and December 31, 2007, obtained a mortgage loan that was made or purchased by WMC Mortgage, LLC or WMC Mortgage Corp.

2.  Enter a Preliminary Approval Order, substantially in the form submitted to the Court by electronic mail, in accordance with Judge Manning's Case Management Procedures, that, *inter alia*, preliminarily approves the proposed settlement, grants Plaintiffs leave to file the Third Amended Complaint, approves the form and dissemination of class Notice, and sets the date for hearing on final approval.

WHEREFORE, the Court should grant Plaintiffs' Agreed Motion for Preliminary Approval of Class Action Settlement and enter the proposed order for preliminary approval.

Respectfully Submitted
On behalf of the Plaintiffs,

*/s/ Gary Klein*
Gary Klein (admitted *pro hac vice*)
Elizabeth Ryan (MA BBO # 549632)
Shennan Kavanagh (MA BBO # 655174)
Kevin Costello (MA BBO # 669100)
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:  (617) 357-5030

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
and The Social Justice Project, Inc.
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
Phone (312) 345-1004
Fax (312) 346-3242

Marvin A. Miller
Matthew E. VanTine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603

Telephone: (312) 332-3400

Samuel H. Rudman
Robert M. Rothman
ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

Mark A. Chavez (CA SBN 90858)
Jonathan Gertler (CA SBN 111531)
Nance F. Becker (CA SBN 99292)
CHAVEZ & GERTLER, L.L.P.
42 Miller Avenue
Mill Valley, California 94941
(415) 381-5599

Charles Delbaum (admitted *pro hac vice*)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Flr.
Boston, MA 02110
Telephone: 617-542-8010
Facsimile: 617-545-8028

BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP
Joseph H. Meltzer (admitted *pro hac vice*)
Donna Siegel Moffa (admitted *pro hac vice*)

                                                    Joseph A. Weeden (admitted *pro hac vice*)
                                                    Edward W. Ciolko (admitted *pro hac vice*)
                                                    Peter A. Muhic (admitted *pro hac vice*)
                                                    280 King of Prussia Road
                                                  Radnor, PA 19087
                                                  Telephone:  610-667-7706
                                                  Facsimile:  610-667-7056

Dated: August 26, 2010                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Gary Klein, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants by first class mail, postage prepaid, on August 26, 2010.

                                                    */s/ Gary Klein*
                                                    Gary Klein