UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT and DORIS STEELE, ERIC R. CHAVEZ, ALEXANDRA DIAZ, and SONIA TORRES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GE MONEY BANK, a federal savings bank, WMC MORTGAGE CORPORATION and WMC MORTGAGE, LLC,<br><br>    Defendants. | No. 1:08-civ-1880<br><br>JUDGE MANNING<br><br>MAGISTRATE JUDGE KIM |

**PLAINTIFFS' AGREED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiffs, Herbert Steele, Doris Steele, Eric R. Chavez and Sonia Torres ("Plaintiffs"), respectfully move the Court for leave to file a brief up to but not to exceed twenty-five pages in support of their Agreed Motion for Preliminary Approval of Class Action Settlement, which is ten pages in excess of the fifteen page limit. A copy of the proposed memorandum is attached hereto as Exhibit 1.

As grounds for this motion, Plaintiffs state the following:

  1.  Local Rule 7.1 sets a fifteen page limit of memoranda supporting motions, except with leave of court.

  2.  This case is a mortgage lending discrimination class action of national importance.

  3.  Plaintiffs' motion and memorandum in support thereof covers a variety of issues regarding the preliminary approval of the Settlement Agreement in this matter, including a thorough discussion of the settlement and substantial case law supporting preliminary approval.

2

4. Courts have granted motions to exceed the specified page limits when the party requires added pages in order to provide a comprehensive analysis and assessment of the issues and legal theories in the memoranda. See, e.g. *Jannota v. Subway Sandwich Shops, Inc.*, No. 94-C-3834, 1995 WL 337014, at *7 n.3 (N.D. Ill. June 1, 1995). The scope of the national settlement class for which the parties seek preliminary approval here merits the scope of analysis contained in the proposed memorandum.

5. Defendants do not oppose this motion.

6. This motion is not sought for purposes of delay or to burden the Court, but so that justice may be done.

WHEREFORE, for the reasons cited above, Plaintiffs request that this Court grant this motion for leave and allow Plaintiffs to file their memorandum in support of their Agreed Motion for Preliminary Approval of Class Action Settlement in excess of the fifteen page limit, up to but not to exceed twenty-five pages.

Dated: August 26, 2010

                                                Respectfully Submitted
                                                On behalf of the Plaintiffs,

                                                /s/ Gary Klein
                                                Gary Klein (admitted *pro hac vice*)
                                                Elizabeth Ryan (MA BBO # 549632)
                                                Shennan Kavanagh (MA BBO # 655174)
                                                Kevin Costello (MA BBO # 669100)
                                                RODDY KLEIN & RYAN
                                                727 Atlantic Avenue
                                                Boston, MA   02111-2810
                                                Telephone:  (617) 357-5500 ext. 15
                                                Facsimile:   (617) 357-5030

                                                Al Hofeld, Jr.
                                                Law Offices of Al Hofeld, Jr., LLC
                                                and The Social Justice Project, Inc.

208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
Phone (312) 345-1004
Fax (312) 346-3242

Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:  (312) 332-3400

Samuel H. Rudman
Robert M. Rothman
ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Facsimile:   (631) 367-1173

John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

Mark A. Chavez (CA SBN 90858)
Jonathan Gertler (CA SBN 111531)
Nance F. Becker (CA SBN 99292)
CHAVEZ & GERTLER, L.L.P.
42 Miller Avenue
Mill Valley, California 94941
(415) 381-5599

Charles Delbaum (admitted *pro hac vice*)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Flr.
Boston, MA 02110
Telephone: 617-542-8010
Facsimile: 617-545-8028

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
Joseph H. Meltzer (admitted *pro hac vice*)
Donna Siegel Moffa (admitted *pro hac vice*)
Joseph A. Weeden (admitted *pro hac vice*)
Edward W. Ciolko (admitted *pro hac vice*)
Peter A. Muhic (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

Dated: August 26, 2010                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants by first class mail, postage prepaid, on August 26, 2010.

                                  */s/ Gary Klein*
                                  Gary Klein